**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 73.86.220.233, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 8:18-cv-00424-GJH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.86.220.233, are voluntarily dismissed without prejudice.

Dated: June 29, 2018

                                                Respectfully submitted,

                                                By: /s/ *Jessica Haire*
                                                Jessica Haire, Esq. (20252)
                                                jhaire@foxrothschild.com
                                                Fox Rothschild LLP
                                                1030 15th Street, NW
                                                Suite 380 East
                                                Washington, DC 20005
                                                Tel.: (202) 461-3100
                                                Fax: (202) 461-3102
                                                www.foxrothschild.com